DeMOSS,
specially concurring:
Because the district court was “without jurisdiction to consider a request for stay of execution in connection with a successive habeas petition in the absence of express authorization from this Court pursuant to 28 U.S.C. § 2244(b)(3),” Kutzner v. Cockrell, 303 F.3d 333, 338 (5th Cir.2002), I believe we are without appellate jurisdiction to consider the State’s notice of appeal and subsequent motion to vacate the district court’s order granting Green a stay. Accordingly, our order should not be a granting of the State’s motion to vacate (a motion over which we have no jurisdiction), but rather an order dissolving the stay solely on the basis that the district court lacked the jurisdiction to do so.